

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 OCT 11  PM 2:24

LORETTA G. WHYTE
    CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BELLE CHASSE MARINE TRANSPORTATION, INC., AND BLUE MARINE TRANSPORTATION OF NEW ORLEANS, INC. | * * * * | CIVIL ACTION NO. |
| | * | SECTION "" |
| VERSUS | * | |
| | * | MAGISTRATE ( ) |
| M/V HANJI ISTANBUL, her engines, tackle, appurtenances, etc., *in rem* | * | |

12-2490
SECT. H MAG. 3

## VERIFIED ORIGINAL COMPLAINT

Plaintiffs, Belle Chasse Marine Transportation, Inc. ("Belle Chasse Marine"), and Blue Marine Transportation of New Orleans, Inc. ("Blue Marine"; collectively with Belle Chasse Marine, "Plaintiffs"), file their Verified Original Complaint against the Defendant, M/V HANJI ISTANBUL (hereinafter "HANJI ISTANBUL" or "Vessel") *in rem*, and, upon information and belief, alleges as follows:

### JURISDICTION AND VENUE

1.

This is a case of admiralty jurisdiction, 28 U.S.C. § 1333, as hereinafter more fully appears. This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is brought pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

___Fee 350___
___Process___
_X_ Dkd___
___CtRmDep___
___Doc. No.___

2.

Venue is proper in this Court because the Vessel is or was within this District.

## THE PARTIES

3.

At all material times to this action, Belle Chasse Marine was and is a company organized and operating pursuant to the laws of the State of Louisiana with a principal office location in Harahan, Louisiana, and was and is in the business of providing transportation and launch services to vessels calling in the Port of New Orleans and surrounding ports.

4.

At all material times to this action, Blue Marine was and is a company organized and operating pursuant to the laws of the State of Louisiana with a principal office location in Belle Chasse, Louisiana, and was and is in the business of providing transportation and launch services to vessels calling in the Port of New Orleans and surrounding ports.

5.

At all material times, the HANJI ISTANBUL was and is a ocean-going bulk carrier owned by V&V Shipping & Transport Co., bearing IMO No. 9128116, with gross tonnage of 16,720, and sailing under the flag of Panama. The vessel is or will be during the pendency of this suit within the Eastern District of Louisiana.

## CLAIM OF BELLE CHASSE MARINE

6.

On or about September 10, 2012, Belle Chasse Marine was requested by the Owners of the HANJI MICHAEL, acting through their local agent, to deliver water to the HANJI ISTANBUL in the Port of New Orleans via water barge.

7.

Following its delivery of water to the HANJI ISTANBUL, Belle Chasse Marine issued Invoice #173130 invoice in the amount of $4,906.25 to the HANJI ISTANBUL through the vessel's agent. *See* Invoice $ 173130, attached as Exhibit A. The invoice contained a "Net 30" payment term, requiring that payment be made on or before October 10, 2012.

8.

Despite the passage of the due date for payment under Invoice #173130, Belle Chasse Marine has not received payment on its invoice.

9.

In addition to the goods and services described above, Belle Chasse Marine provided additional services to the HANJI ISTANBUL during the Vessel's call in the Port of New Orleans. As evidenced in the invoices attached hereto, these services included launch vessel services for security agents travelling to and from the Vessel and the use of a crane and dumpster to facilitate the delivery of provisions and stores to the vessel. These services were itemized in Invoice No. 173916 in the amount of $2,340.00 and dated September 26, 2012 (attached as Exhibit B) and Invoice No. 173775 in the amount of $31,152.00 and dated September 20, 2012 (attached as Exhibit C). Both invoices provided payment terms of "Net 30." While said invoices are not due as of the filing of this Verified Complaint, they will become due during the infancy of this action and are secured by a maritime lien attaching to the Vessel as of the date that the services evidenced therein were provided.

10.

The present amount owed and due to Belle Chasse Marine is $4,906.25. However, as described in Paragraph 9, Belle Chasse Marine's maritime lien against the HANJI ISTANBUL

includes an additional amount of $33,492.00 attaching as of the date services were provided, which amount will become due during the pendency of this action.

### **CLAIM OF BLUE MARINE**

11.

On or about August 24, 2012, Blue Marine was requested by the Owners of the HANJI ISTANBUL to provide armed guards to the vessel. On information and belief, these guards were required in order to satisfy conditions imposed on the Vessel by the U.S. Department of Homeland Security.

12.

In accordance with Owners' request, Blue Marine stationed two (2) armed guards onboard the Vessel from August 24, 2012, through the date of this filing. In addition, Blue Marine provided transportation for said guards and additional services necessary to maintain the guards onboard throughout the HANJI ISTANBUL's call in the Port of New Orleans.

13.

On September 25, 2012, Blue Marine issued Invoice #1599 in the amount of $49,528.75 for its provision of guard services from August 24 – September 12, 2012. *See* Invoice #1599, attached as Exhibit D. The invoice was due and payable immediately.

14.

Despite due demand, Blue Marine has not received payment for Invoice #1599.

15.

On October 10, 2012, Blue Marine issued a second invoice, Invoice #1618, in the amount of $35,586.25. for its provision of guard services from September 12 – October 10, 2012. *See* Invoice #1618, attached as Exhibit E. The invoice was due and payable immediately.

16.

Despite due demand, Blue Marine has not received payment for Invoice #1618.

17.

The present amount owed to Blue Marine, exclusive of interest, costs, and attorneys' fees, is $85,115.00

## RULE C ALLEGATIONS

18.

The goods and services supplied to the HANJI ISTANBUL by Belle Chasse Marine and Blue Marine constitute necessaries within the meaning of 46 U.S.C. § 31342.

19.

As the suppliers of necessaries to the HANJI ISTANBUL on the order of her owner and/or owner's authorized representative(s), and pursuant to 46 U.S.C. § 31341, *et seq.*, Belle Chasse Marine and Blue Marine are each the holder of a maritime lien against the HANJI ISTANBUL for all amounts owed to them as outlined above, including interest, costs and attorney's fees.

20.

Belle Chasse Marine and Blue Marine, all and singular, seek an Order from this court directing the Clerk of Court to issue a Warrant of Arrest for the HANJI ISTANBUL, commanding the United States Marshal for the Eastern District of Louisiana to seize the HANJI ISTANBUL, and

further seek that the Vessel thereafter be sold at judicial sale, the proceeds thereof to be deposited into the registry of the Court and, after due proceedings are had, to be disbursed to Belle Chasse Marine and Blue Marine in satisfaction of the respective debts owed to each of them.

21.

All and singular of the premises are true and within the admiralty jurisdiction of the United States of America and of this Court.

WHEREFORE, Plaintiffs pray:

    a.    That process in due form of law, according to the practice of this Court in cases of admiralty jurisdiction issue against the M/V HANJI ISTANBUL, her engines, tackle, apparel, etc., *in rem*, and that all persons claiming any title or right to said vessel be cited to appear and answer under oath the allegations of this Verified Original Complaint;

    b.    That a judgment be entered in favor of Belle Chasse Marine and Blue Marine, all and singular, against the M/V HANJI ISTANBUL in the full amount of their claims as set forth herein and as will be established at trial of this matter, together with interest, costs of suit and attorneys' fees;

    c.    That the M/V HANJI ISTANBUL, her engines, tackle, apparel, etc., be condemned and sold, free and clear of all liens and encumbrances to satisfy the judgment against the M/V HANJI ISTANBUL and that this Court award Belle Chasse Marine and Blue Marine out of the proceeds of said sale the full amount of their respective damages, together with interest, costs of suit and attorneys' fees; and

    d.      That this Court grant Plaintiffs such other and further relief as may be just and proper.

Respectfully submitted,

_____
Daniel A. Tadros, T.A. #21906
Alan R. Davis, #31694
CHAFFE McCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Belle Chasse Marine Transportation, Inc., and Blue Marine Transportation of New Orleans, Inc.**

PLEASE SERVE:
M/V HANJI ISTANBUL
Located at Davant Anchorage
Davant, Louisiana